COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 16, 2015
 No. 10-15-00176-CR
 RON EASTON D/B/A ACE BAIL BONDS
 v.
 THE STATE OF TEXAS
 
 
 From the County Court
 Freestone County, Texas
 Trial Court No. 5513
 
--------------------------------------------------------------------------------
JUDGMENT

 Ron Easton d/b/a Ace Bail Bonds' Motion to Dismiss was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk